**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ROBERT HUTCHINGS
REG. #10249-044                                                                          PETITIONER


VS.                                            2:04CV00210 JTR


LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                    RESPONDENT


**JUDGMENT**

Pursuant to the Memorandum Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas

action is hereby DISMISSED, WITH PREJUDICE.

Dated this 4th day of October, 2006.


_____
UNITED STATES MAGISTRATE JUDGE